UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALISHA PROSSER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STRATEGIC STUDENT SOLUTION, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 2:16-cv-00743-APG-PAL<br><br>ORDER |

This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed April 5, 2016. Defendant filed an Answer (ECF No. 6) July 1, 2016. However, the answer was filed by Dave Green on behalf of Defendant Strategic Student Solution, LLC.

LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply.

Furthermore, a corporation cannot appear except through counsel. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); *United States v. High Broadcasting Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993). The Ninth Circuit has held that default judgment is an appropriate sanction for a corporation's failure to retain counsel for the duration of the litigation. *United States v. High Country Broadcasting*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Accordingly,

**IT IS ORDERED** that Defendant Strategic Student Solutions, LLC shall have until **September 9, 2016**, in which to retain counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

**IT IS FURTHER ORDERED** that Defendant shall also have until **September 9, 2016**, to file its certificate of interested parties which fully complies with LR 7.1-1.

**IT IS FURTHER ORDERED** that Defendant's failure to timely comply with this order may result in the imposition of sanctions, which may include a recommendation for default judgment to the district judge for Defendant's failure to prosecute.

**IT IS FURTHER ORDERED** the scheduling conference set for **August 16, 2016 at 2:45** is **VACATED.**

DATED this 16th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE