David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff ALISHA PROSSER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALISHA PROSSER,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC STUDENT SOLUTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00743-APG-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF No. 15) |

Defendant Strategic Student Solutions, LLC's answer was stricken and its default has been entered by the Clerk of the Court. ECF Nos. 13, 14. Plaintiff Alisha Prosser has moved for default judgment. ECF No. 15. The motion demonstrates good cause to grant it, and the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) favor entry of default judgment. Therefore, I enter this default judgment in Prosser's favor and against defendant Strategic.

IT IS HEREBY ORDERED that the plaintiff's motion for default judgment **(ECF No. 15) is GRANTED.** Judgment is entered in favor of plaintiff Alisha Prosser and against defendant STRATEGIC STUDENT SOLUTIONS, LLC in the amount of $333,000.00 for the defendant's 222 knowing and/or willful violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. This judgment shall bear interest at the statutory rate from the date of entry until paid in full.

_____
United States District Judge
Dated: April 12, 2017